# Exhibit B



November 3, 2023

| | |
|---|---|
| Michael Jordan<br>2760 Clark Place<br>Easton, PA 18040 | Lisa Rex<br>12 Markle Hall<br>Easton, PA 18042 |

RE:   Michael Jordan vs LAFAYETTE COLLEGE
       PHRC Case No.   202300672
       EEOC Case No.   530-2023-07492

Dear Parties,

When a charge is filed with the Equal Employment Opportunity Commission (EEOC), federal law requires EEOC to send a copy of the charge, if co-jurisdictional, to the Pennsylvania Human Relations Commission (PHRC). This happens because EEOC must afford certain state or local agencies, such as the PHRC the opportunity to investigate the complaint for 60 days. PHRC has the discretion to waive the opportunity to investigate the charge. In accordance with the Work Sharing Agreement between EEOC and the PHRC, PHRC waived the opportunity to investigate the complaint back to EEOC. This means that EEOC will not have to wait 60 days to take action on the charge.

This is to notify you that the above referenced EEOC charge also has been filed with PHRC. PHRC considers the complaint filed with PHRC on the date the complaint is received by EEOC. PHRC's action in this regard is taken because PHRC, pursuant to Section 7 (c) of the Pennsylvania Human Relations Act, has designated EEOC in the Work Sharing Agreement as its agent for receipt of complaints initially filed with EEOC that are dual filed with PHRC.

Be advised that PHRC will take no further action on the filing at this time and no action is required on your part at this time. However, PHRC reserves the right to docket, serve and require an answer at some future date. Should PHRC elect to docket the EEOC charge as a PHRC complaint, PHRC will serve the complaint and an answer will be required.

**Subsection 41.82 of PHRC's Rules of Administrative Practice requires employers to maintain certain records until the final disposition of the complaint.**

After one year, if the case is still pending, the complainant will be notified of his/her right to file in the appropriate court of common pleas. If, at that time, the complainant does not confirm in writing that he/she wants PHRC to remain involved, then PHRC will take no further action on this filing.

**IT IS YOUR RESPONSIBILITY** to promptly notify PHRC of any change of address and phone number. If you are represented by an attorney, your attorney must file a written notice of appearance. If you change attorneys, or are no longer represented by an attorney, you must notify PHRC in writing of the change.

Sincerely,
Enforcement Division

cc:   Zainab Shields
       1650 Market St
       36th Fl
       Philadelphia, PA 19103