UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL JORDAN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | 5:23-cv-4486 |
| | : | |
| LAFAYETTE COLLEGE, | : | |
| Defendant. | : | |

## <u>NOTICE OF SCHEDULING OF INITIAL FED.R.CIV.P. 16 PRETRIAL CONFERENCE</u>

An initial Federal Rule of Civil Procedure 16 pretrial conference has been scheduled before Judge

Joseph F. Leeson, Jr. in the above-captioned case.  The conference will be held **via telephone** on

**Wednesday, February 28, 2024,** at **2:00 p.m.**

Counsel should use the following call-in information for the Conference:

Dial:             888-363-4734
Access Code:  2547992#

A copy of the Policies and Procedures for Judge Leeson is available on the court's website at

https://www.paed.uscourts.gov.  Prior to the initial pretrial conference, the parties are directed to confer

and prepare a joint report (using the attached format "Joint Report by Counsel to the Court of Rule 26(f)

Meeting") pursuant to Federal Rule of Civil Procedure 26(f).  This joint report is to be emailed to

chambers at: chambers_of_judge_joseph_f_leeson_jr@paed.uscourts.gov no later than three days prior to

the conference.  Requests to reschedule this conference are strongly discouraged, and the conference will

only be rescheduled when compelling circumstances so require.

BY THE COURT:

By: /s/ Diane J. Abeles_____
     Diane J. Abeles, Civil Deputy Clerk
     The Honorable Joseph F. Leeson, Jr.
     Diane_J_Abeles@paed.uscourts.gov
     610-391-7020

Dated:  January 30, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____,          :
                                :
                Plaintiff,      :
                                :
        v.                      :       No. _____
                                :
_____,          :
                                :
                Defendant.      :


<u>JOINT REPORT BY COUNSEL TO THE COURT OF RULE 26(f) MEETING</u>
(To Be Sent to Chambers Three (3) Days in Advance of Initial Rule 16 Pretrial Conference)


In compliance with Federal Rule of Civil Procedure 26(f), counsel for the parties jointly report as follows:

1.   <u>Jurisdiction</u>:  State the basis for jurisdiction of the Court:
     _____

2.   <u>Trial</u>:

     (a)   Jury Trial                        _____
     (b)   Non-Jury Trial                    _____
     (c)   Arbitration                       _____
     (d)   Cross Motions for Summary
           Judgment (no testimony required)  _____
                                             (Check One)

3.   <u>Plaintiff Counsel</u>:  Name(s) of Plaintiff counsel attending Rule 16 Conference:
     _____

4.   <u>Defense Counsel</u>:  Name(s) of Defense counsel attending Rule 16 Conference:
     _____

5.   <u>Date of Rule 26 Conference</u>:  State the date the parties held required Rule 26 Conference:  _____

6.   <u>Compliance with Rule 26(a) Self-Executing Disclosure Requirement</u>:  Have all parties complied with Rule 26(a) duty of self-executing disclosure?

     (a)   Yes\_\_\_\_\_     No\_\_\_\_\_     (Check One)
     (b)   If no, state date compliance will occur:  _____

7.  Class Actions (if applicable)

    (a)    Does the plaintiff seek to maintain this case as a class action?
           Yes_____        No_____

    (b)    Proposed Schedule

           If yes, the parties shall confer and submit a mutually agreed upon proposed schedule for this action and attach it to this Report.  The schedule should address, at a minimum, deadlines for the following:  (i) threshold dispositive motions, such as challenges to jurisdiction and venue, which may need to be decided before a motion to certify a class; (ii) precertification class discovery, if needed; (iii) motion for class certification; (iv) merits discovery; and (v) motions for summary judgment.

    (c)    Precertification Discovery

           If the parties seek to conduct precertification discovery, they should identify the depositions and other discovery contemplated, as well as the subject matter, and be prepared to explain why this discovery is necessary to the certification inquiry.[1] The parties should also be mindful that Rule 23 contemplates that determination of the propriety of class action be made at an early stage of the proceedings.  *See* Fed. R. Civ. P. 23(c)(1)(A).

8.  Discovery:

    (a)    Fact Discovery

        (i)    The parties anticipate that fact discovery will be completed within _____ days (the Court allows up to 90 days from the date of the initial Rule 16 pretrial conference to complete fact discovery).

        (ii)    If you contend the fact discovery period should exceed 90 days, please state reason: _____

        (iii)    Do the parties anticipate serving Interrogatories and/or Requests for Production?
           Yes_____        No_____        (Check One)

        (iv)    Have Interrogatories and/or Requests for Production been served?
           Plaintiff      Yes_____ No_____        (Check One)
           Defendant    Yes_____ No_____        (Check One)

    (b)    Expert Discovery

           Does either side anticipate the use of experts?
           Plaintiff  Yes_____        No_____        (Check One)
           Defendant Yes_____        No_____        (Check One)

---

[1] *See Manual for Complex Litigation (Fourth)* § 21.14 (2004).

(c)    <u>Electronic Discovery</u>

It is expected that the parties will reach an agreement on how to conduct electronic discovery.  In the event the parties cannot reach such an agreement before the Rule 16 scheduling conference, the Court will enter an order incorporating default standards.  The default order can be viewed on the Court's web site at the link for "Judges' Info", then proceed to "District Court Judges", then proceed to "Joseph F. Leeson, Jr." to view "Order Governing Electronic Discovery".

(d)    <u>Claims of Privilege</u>

Have the parties discussed issues relating to claims of privilege or of protection of trial-preparation material, as required by Rule 26(f)(3)(D)?
Yes_____    No_____    (Check One)

(e)    <u>Other Discovery Issues</u>

Identify any other discovery issues which should be addressed at the Rule 16 Conference, including limitations on discovery, protective Orders needed, or other elements which should be included in a particularized discovery plan.
_____

9.    <u>Case Dispositive Motions</u>:  Does either side expect to file a case-dispositive motion?

(a)    Plaintiff    Yes____ No____ (Check One)
        (i)    If yes, under what Rule: _____
        (ii)    If yes, specify the issue(s): _____

(b)    Defendant    Yes____ No____ (Check One)
        (i)    If yes, under what Rule: _____
        (ii)    If yes, specify the issue(s): _____

10.    <u>Settlement</u>:

Local Rule 53.3 requires litigants in all civil actions to consider the use of an alternative dispute resolution process ("ADR"), such as mediation or settlement conferences.  The parties should familiarize themselves with this Rule before responding to the following questions.

(a)    (i)    Do the parties want to explore with the Court the possibility of settlement at the Rule 16 Conference?
            Plaintiff    Yes_____        No_____        (Check One)
            Defendant  Yes_____        No_____        (Check One)

        (ii)    Will all counsel have full authority to settle at Rule 16 Conference?
            Yes_____    No_____    (Check One)

(b)     Has the Plaintiff submitted a demand for settlement to Defendant?
Yes_____   No_____   (Check One)

(c)     Is a settlement conference at a future date likely to be helpful? _____
If so, when: _____

(d)     Explain any decision not to seek early resolution through ADR, and
provide any other pertinent information about the discussions the parties have had
about ADR: _____
_____

11.    <u>Estimated Trial Ready Date</u>:  Approximate date case should be trial-ready:
_____

12.    <u>Estimated Number of Days for Trial</u>:

(a)     For Plaintiff's case: _____
(b)     For Defendant's case: _____

13.    <u>Disposition by U.S. Magistrate Judge</u>:  Following consultation with your clients,
do you agree to proceed before a U.S. Magistrate Judge for final disposition?
Yes_____   No_____   (Check One)

If yes, all counsel are to sign the attached Consent and Reference of a Civil
Action to a Magistrate Judge form and file the form on CM/ECF, using the event located in
the Other Documents category, only if you are consenting to the exercise of jurisdiction by
a United States magistrate judge. **Do not return this form to the Judge.**  The Consent
should be filed at least 48 hours before the Initial Rule 16 Pretrial Conference.  Thereupon
the Initial Rule 16 Conference will be cancelled by Judge Leeson, the case will be re-
assigned to the docket of a U.S. Magistrate Judge, and the Magistrate Judge will determine
future scheduling of the case.

14.    <u>Other Matters</u>:  Indicate discussion and any agreement on any matters not
addressed above, or such matters upon which the involvement of the Court is requested.
_____

15.    <u>Summary of Claims, Defenses and Relevant Issues</u>:  The Complaint and Answer
are docketed with the Court and available for review, however, the facts supporting those
claims and defenses are not fully known.  Therefore, both sides are to set forth concisely
the factual background that the parties contend support their claims and defenses (not to
exceed one page in length per party):
_____
_____

16.     <u>Certification</u>:  By signing below and submitting this Joint Report by Counsel,
        I certify that I have read and agree to comply with the "Policies and Procedures" of Judge
        Joseph F. Leeson, Jr. (copy available on the Court's website under "Judges' Info").


_____                    _____
(Signature)                                          (Signature)

Name of Attorney: _____                Name of Attorney: _____
Counsel For: _____                 Counsel For: _____
Law Firm Name: _____                  Law Firm Name: _____
Address: _____                  Address: _____
Telephone: _____                  Telephone: _____
Fax: _____                   Fax _____
E-Mail: _____                  E-Mail: _____

Date: _____                   Date: _____

Consent and Reference of a Civil Action to a Magistrate Judge (EDPA 06/22)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| _____ ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. |
| _____ ) | |
| *Defendant* ) | |

## CONSENT AND REFERENCE OF A CIVIL ACTION TO A RANDOMLY ASSIGNED MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment  may then be appealed directly to the United States Court of Appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a randomly assigned magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a randomly assigned United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

## Reference Order

**IT IS ORDERED:** This case is referred to a randomly assigned United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____          _____
                                                                     *District Judge's Signature*

                                                     Judge Joseph F. Leeson, Jr._____
                                                                     *Printed Name and Title*

Note:   Please file this form on CM/ECF, using the event located in the Other Documents category, only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. **Do not return this form to a judge**.