UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL JORDAN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | 5:23-cv-4486 |
| | : | |
| LAFAYETTE COLLEGE, | : | |
| Defendant. | : | |

### NOTICE OF RESCHEDULING OF INITIAL FED.R.CIV.P. 16 PRETRIAL CONFERENCE

The initial Federal Rule of Civil Procedure 16 pretrial conference scheduled for **Wednesday, February 28, 2024,** at **2:00 p.m.** has been rescheduled to **Wednesday, March 13, 2024,** at **3:30 p.m.** before Judge Joseph F. Leeson, Jr.  The conference will be held **via telephone**.

Counsel should use the following call-in information for the Conference:

Dial:              888-363-4734
Access Code:  2547992#

A copy of the Policies and Procedures for Judge Leeson is available on the court's website at https://www.paed.uscourts.gov.  Prior to the initial pretrial conference, the parties are directed to confer and prepare a joint report pursuant to Federal Rule of Civil Procedure 26(f).  This joint report is to be emailed to chambers at chambers_of_judge_joseph_f_leeson_jr@paed.uscourts.gov no later than three days prior to the conference.  Requests to reschedule this conference are strongly discouraged, and the conference will only be rescheduled when compelling circumstances so require.

BY THE COURT:

By: /s/ Diane J. Abeles_____
Diane J. Abeles, Civil Deputy Clerk
The Honorable Joseph F. Leeson, Jr.
Diane_J_Abeles@paed.uscourts.gov
610-391-7020

Dated:  February 2, 2024