IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL JORDAN<br>V.<br>LAFAYETTE COLLEGE | Civil Action No.  23-4486 JFL |

TELEPHONIC STATUS CONFERENCE SCHEDULING ORDER

Please be advised that a telephonic status conference in the above-captioned case will be held on **WEDNESDAY, APRIL 10, 2024, AT 2:30 PM** before the Honorable Pamela A. Carlos, United States Magistrate Judge.

The conference call Toll Free Dial in Number is (888)-363-4734; the Access Code is 6072330.

COUNSEL ARE DIRECTED TO BE AVAILABLE BY TELEPHONE ON THE TIME STATED ABOVE. FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN THE IMPOSITION OF SANCTION.

**CONTINUANCE REQUESTS SHOULD BE MADE *VIA DOCKETED LETTER* TO THE COURT WITHIN FOURTEEN (14) DAYS OF RECEIPT OF THIS NOTICE. THE LETTER REQUEST SHALL INDICATE WHETHER OR NOT THE REQUEST FOR CONTINUANCE IS OPPOSED. CONTINUANCE REQUESTS WILL ONLY BE GRANTED FOR THE MOST COMPELLING REASONS.**

**ANY REQUESTS FOR A CONTINUANCE MUST BE EMAILED TO THE CHAMBERS EMAIL ADDRESS:**  PAED_Carlos_Chambers@paed.uscourts.gov.

Counsel are further directed to provide a Conference Summary to Chambers, by Email **(IN MICROSOFT WORD FORMAT ONLY)** on or before **MONDAY,  APRIL 1, 2024, NOON.**  *FAILURE TO SUBMIT COUNSEL'S SUMMARY WITHIN THE TIME SET FORTH IN THIS ORDER MAY RESULT IN SANCTIONS.*

The Email address is: PAED_Carlos_Chambers@paed.uscourts.gov.

The Conference Summary and Case Synopsis shall include:

1. The caption of the case
2. Whether case is a jury or nonjury trial
3. The trial counsel's name, address, phone number **PLUS CELL PHONE NUMBER,** and client name
4. Identify any pending motions
5. Any other relevant matters

6. All prior demands and offers.
7. A case synopsis, **limited to two pages**, which shall be in **Microsoft Word** format

                                          BY THE COURT:
                                           ATTEST

                                        /ss/ CARLENE L. KOHUT
                          DEPUTY CLERK TO PAMELA A. CARLOS, USMJ
                              FOR INFORMATION CONTACT CHAMBERS
                                    Phone: 610-434-3823
                                    FAX: 610-434-5152

Date: March 18, 2024