IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL JORDAN

v.  Civil Action No. 23-4486 JFL

LAFAYETTE COLLEGE

SETTLEMENT CONFERENCE SCHEDULING ORDER

Please be advised that an in person settlement conference in the above-captioned case will be held on **WEDNESDAY, JUNE 5, 2024 at 9:30 A.M. EST** before the Honorable Pamela A. Carlos, United States Magistrate Judge, in Suite 4401, United States Courthouse and Federal Building, 504 West Hamilton Street, Allentown, PA. *It is recommended that you park at the public parking garage located at 6th & Walnut Street. There is an entrance on both Walnut and 6th Streets.*

**PLAINTIFF AND HIS COUNSEL ARE TO REPORT TO CHAMBERS AT 9:30 A.M. ON THE DATE STATED ABOVE. DEFENSE COUNSEL AND DEFENDANT'S AUTHORIZED REPRESENTATIVE(S) WITH FULL AUTHORITY SHALL REPORT AT 10:30 A.M.**

IN THE EVENT IT IS NECESSARY THAT AN EXPECTED PARTICIPANT REQUIRES VIRTUAL ATTENDANCE, LEAVE FOR SAME MUST BE SOUGHT IN ADVANCE FROM THE COURT. THE REQUEST SHALL INDICATE THE POSITION OF THE OPPOSING PARTY.

PURSUANT TO LOCAL RULE 16.1 (d) 3, **TRIAL COUNSEL** SHALL APPEAR AND BRING WITH THEM ALL PERSONS WHOSE CONSENT MAY BE NECESSARY TO SETTLE THIS CASE. **ALL PERSONS SHALL MEAN INSURANCE ADJUSTORS WITH FULL AUTHORITY TO SETTLE THE CASE, AS WELL AS CLIENTS. PERSONS PRESENT MUST HAVE FULL SETTLEMENT AUTHORITY AND MAY NOT CONFER BY TELEPHONE WITH ANYONE TO SEEK ADDITIONAL AUTHORITY.**

**CONTINUANCE REQUESTS SHOULD BE MADE *VIA DOCKETED LETTER* TO THE COURT WITHIN FOURTEEN (14) DAYS OF RECEIPT OF THIS NOTICE. THE LETTER REQUEST SHALL INDICATE WHETHER OR NOT THE REQUEST FOR CONTINUANCE IS OPPOSED. CONTINUANCE REQUESTS WILL ONLY BE GRANTED FOR THE MOST COMPELLING REASONS.**

NO LATER THAN **TUESDAY, MAY 28, 2024**, COUNSEL ARE TO SUBMIT A JOINT LETTER TO CHAMBERS, *VIA EMAIL*, ADVISING AS TO THE MOST RECENT SETTLEMENT NEGOTIATIONS. THE PARTIES ARE ALSO DIRECTED TO CONFIRM WHETHER BASED UPON THE STATUS OF NEGOTIATIONS THERE IS AN AGREEMENT TO PROCEED WITH A GOOD FAITH SETTLEMENT CONFERENCE.

FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.

Counsel are further directed to provide an UPDATED SETTLEMENT CONFERENCE MEMORANDUM to Chambers, by Email on or before **TUESDAY, MAY 28, 2024,** *FAILURE TO SUBMIT SETTLEMENT MEMORANDUM WITHIN THE TIME SET FORTH IN THIS ORDER MAY RESULT IN SANCTIONS*.

The Email address is PAED_Carlos_Chambers@paed.uscourts.gov.  The settlement conference memorandum shall include:

1. Name, title and email of all persons participating in the settlement conference.

2. An *updated* case synopsis, limited to four pages, which shall be in **Microsoft Word format**.

3. **Critical** exhibits in support of the parties' liability and damage claims or defenses. The parties should coordinate with one another as to which party will produce the specific documents if possible. Duplicate submission are discouraged.

4. Affirmative and rebuttal experts reports, if any.

5. *Relevant* portions of deposition testimony may be submitted. Submission of entire deposition transcripts is strongly discouraged.

    BY THE COURT:
    ATTEST

    /ss/ CARLENE L. KOHUT
    DEPUTY CLERK TO PAMELA A. CARLOS, USMJ
    FOR INFORMATION CONTACT CHAMBERS
    Phone: 610-434-3823
    FAX: 610-434-5152

Date:  April 10, 2024